1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

UNITED STATES OF AMERICA,

Case No.  11-cr-00573-JSW-7-10

8

Plaintiff,

**ORDER GRANTING JOINT MOTION TO MODIFY HEARING DATE AND BRIEFING SCHEDULE FOR PANGANG DEFENDANTS' MOTION TO RECONSIDER**

9

v.

10

PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY, LTD; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,

Re: Dkt. No. 1202

11

12

13

14

Defendants.

15

16

    The Court has received and considered the parties' joint motion to modify the briefing

17

schedule and hearing date on the Pangang Defendants' motion to reconsider and to schedule a

18

status hearing.  The Court GRANTS that motion as modified herein.  The Government shall

19

respond by 1:00 p.m. on July 31, 2019, and the Pangang Defendants shall reply by 1:00 p.m. on

20

August 6, 2019.  The Court will hear the motion on August 13, 2019 at 1:00 p.m.  If the Court

21

finds the motion can be resolved on the papers, it will advise the parties in advance of the hearing

22

date.

23

    The parties also request that the Court hold a status conference on August 13, 2019, to

24

address disputes relating to the Protective Order that have arisen since the Court resolved the

25

Government's objections to Magistrate Judge Cousins' orders regarding discovery.  The Court

26

grants that request, and the parties shall file a status report by August 6, 2019.  However, the

27

discovery referral to Judge Cousins remains in place.  Therefore, after it has received the status

28

report, the Court will determine whether it is appropriate for the parties to present any disputes to

United States District Court
Northern District of California

1    Judge Cousins in the first instance.

2           **IT IS SO ORDERED.**

3    Dated: July 24, 2019

4    _____

5    JEFFREY S. WHITE
     United States District Judge
6    By the Hon. James Donato

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28