STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Assistant United States Attorney
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Tel:  (415) 436-7020
    Fax: (415) 436-7234
    Colin.Sampson@usdoj.gov

MATTHEW MCKENZIE (NYBN 4791513)
Trial Attorney, National Security Division
    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel:  (202) 514-7845
    Tax: (202) 233-2146
    Matthew.McKenzie@usdoj.gov

*Attorneys for United States of America*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar Number 69602)
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5069
Facsimile:    (650) 801-5100

  John M. Potter (Bar Number 165843)
  johnpotter@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Defendants Pangang Group Company, Ltd., Pangang Group Steel Vanadium & Titanium Company, Ltd., Pangang Group Titanium Industry Company, Ltd., and Pangang Group International Economic & Trading Company*

Joint Status Report
Case No. 4:11-CR-0573-07-10 JSW
1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PANGANG GROUP COMPANY, LTD.; PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY, <br><br> Defendants. | CASE NO.  4:11-CR-00573-07-10 JSW <br><br> JOINT STATUS REPORT |

The parties have met and conferred regarding proposed trial dates and pretrial deadlines after the Mandate issued from the Ninth Circuit Court of Appeals (Dkt. No. 50, Case No. 19-10306).  The parties jointly propose the following dates:

1. Tuesday, March 15, 2021:

    a. Government to disclose Trial Witnesses and Exhibits;

    b. Government disclosure of *Jencks* and *Giglio* Materials; and

    c. Government Disclosure of Experts and Expert Reports.

2. Friday, April 15, 2022: Defense Disclosure of Experts and Expert Reports.

3. Friday, April 29, 2022: *Daubert* and *In Limine* Motions.

4. Friday, May 13, 2022: *Daubert* and *In Limine* Responses.

5. Friday, May 27, 2022: *Daubert* Replies (no *In Limine* Replies).

6. Friday, June 6, 2021: Pretrial Filings.

7. Monday, June 20, 2022 2:00 p.m.: Final Pretrial Conference.

8. Monday, July 11, 2022: Jury Selection and Trial.

With respect to the proposed July 11, 2022 trial date, the parties note for the Court's advance consideration two points that influenced this proposal: (i) lead counsel for the government will be on extended personal leave from late December 2021 until at least late March 2022, and (ii) the case agent is expected to be in trial for approximately six weeks beginning February 14, 2022. Based on those factors, and, in addition, the considerable difficulties for the defense in preparing for trial during the pandemic given the location of the defendants, the defense will stipulate to an appropriate Speedy Trial exclusion. The proposed July 11 trial date will accommodate the aforesaid periods of unavailability and trial preparation challenges.

The parties specifically reserve the following issues, which could not be resolved during the meet-and-confer and will be the subject of further meet and confer efforts: When the Defense must produce an Exhibit List, Witness List, and Rule 16(b) material and 26.2 witness statements, and whether the Defense deadlines should fall later than the Government's pretrial deadlines.

The parties will appear as ordered at the next status conference, currently scheduled for October 5, 2021, to address pretrial and trial dates and any other matters.

//

//

//

Joint Status Report
Case No. 4:11-CR-0573-07-10 JSW
3

|   |   |
|---|---|
| | STEPHANIE M. HINDS<br>Acting United States Attorney |
| September 28, 2021. | /s/ Colin C. Sampson<br>COLIN C. SAMPSON<br>Assistant United States Attorneys<br>MATTHEW MCKENZIE<br>Trial Attorney, National Security Division |
| | *Attorneys for The United States* |
| September 28, 2021. | /s/ Robert P. Feldman<br>ROBERT P. FELDMAN<br>JOHN M. POTTER<br>Quinn Emanuel Urquhart & Sullivan, LLP |
| | *Attorneys for Pangang Defendants* |