STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Tel: (415) 436-7200
    Fax: (415) 436-7234
    Colin.Sampson@usdoj.gov

MATTHEW J. MCKENZIE (NY 4791513)
Trial Attorney, National Security Division
    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 514-7845
    Fax: (202) 233-2146
    Matthew.Mckenzie@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PANGANG GROUP COMPANY, LTD.; PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY, LTD., <br><br> Defendants. | CASE NO. CR 11-0573-JSW <br><br> UNITED STATES' OPPOSITION TO THE PANGANG DEFENDANTS' SECOND MOTION TO DISMISS AND PARTIAL MOTION TO STRIKE [DKT 1295]: SUPPLEMENTAL AUTHORITIES <br><br> Date:    January 14, 2022 <br> Time:    9:00 AM <br> Location:  Courtroom 5, 2nd Floor |

The United States, by and through its undersigned attorney's, submits the following supplemental authorities pursuant to the Court's Order, dated January 12, 2022:

- *Petty v. Tennessee-Missouri Bridge* Commission, 359 U.S. 275, 276 (1956).
- *Clark v. Barnard*, 108 U.S. 436, 447 (1883).
- *The Sao Vicente*, 295 F. 829, 831 (3d. Cir. 1924).
- *Kunglig Jarnvagsstyrelsen v. Dexter & Carpenter*, 300 F. 891, 892-93 (S.D.N.Y. 1924) (J. Learned Hand).
- H . Rep. No. 1487, 94th Cong.2d Sess. 18, reprinted in 1976, U.S.C.C.A.N. 6604, 6617.

Dated: January 13, 2021.                    Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                            */s/ Colin Sampson*
                                            COLIN C. SAMPSON
                                            Assistant United States Attorney
                                            MATTHEW J. MCKENZIE
                                            Trial Attorney, National Security Division

SUPPLEMENTAL AUTHORITIES,
CR 11-0573 JSW

1