QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar Number 69602)
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5069
Facsimile:    (650) 801-5100

  John M. Potter (Bar Number 165843)
  johnpotter@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Michael T. Packard (*pro hac vice*)
  michaelpackard@quinnemanuel.com
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Telephone:    (617) 712-7118

Attorneys for Defendants Pangang Group Company, Ltd., Pangang Group Steel Vanadium & Titanium Company, Ltd., Pangang Group Titanium Industry Company, Ltd., and Pangang Group International Economic & Trading Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANGANG GROUP COMPANY, LTD.; PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>Defendants. | CASE NO. 4:11-CR-0573-07-10 JSW<br><br>**PANGANG DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS INDICTMENT**<br><br>Date:       January 4, 2022<br>Time:       9:30 a.m.<br>Judge:      Hon. Jeffrey S. White<br>Courtroom:  5, 2nd Floor |

The Defendants submit the following supplemental authorities pursuant to the Court's January 12, 2022 Order:

1. Restatement (Second) of Foreign Relations Law § 70 (1965).

2. Restatement (Fourth) of Foreign Relations Law § 453 reporter's note 1 (2018).

3. *In re Tamimi*, 176 F.3d 274, 279 (4th Cir. 1999).

Dated:  January 13, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

 */s/ Robert P. Feldman*
Robert P. Feldman
John Mark Potter
Michael T. Packard

*Attorneys for Pangang Defendants*