UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTE ORDER**

**Date:** January 14, 2022                                **Time in Court:** 90 minutes

**Judge:** Jeffrey S. White

**Case No.:** CR-11-573 JSW   USA v. Pangang Group Company, Ltd. (7)
Pangang Group Steel Vanadium & Titanium Company, Ltd. (8)
Pangang Group Titanium Industry Company, Ltd. (9)
Pangang Group International Economic & Trading Company (10)

**Matthew McKenzie**                                **Robert Feldman**
U.S. Attorney                                       Defense Counsel

**Deputy Clerk:** Jennifer Ottolini                 **Court Reporter:** Pamela Hebel

**PROCEEDINGS**

**REASON FOR HEARING:** Motion to Dismiss

**RESULT OF HEARING:**   The Court heard argument from counsel.

The motion to dismiss is taken under submission and an order shall issue in due course.

Pending further order of the Court, the matter remains as set for Status on 3-1-22 at 12:00 pm via AT&T teleconference. The parties Joint Status Report remains due on 2-22-22. All other proceedings remain as previously scheduled (see minute order dated 10-5-21 – doc. 1290).