|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | OAKLAND DIVISION |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11-CR-0573-JSW |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | ORDER VACATING HEARING AND PRETRIAL DEADLINES, REQUIRING JOINT STATUS REPORTS, AND EXCLUSION OF TIME |
| PANGANG GROUP COMPANY, LTD.; PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD; PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Stipulation of the United States of America and Defendants Pangang Group Company, Ltd., Pangang Group Steel Vanadium & Titanium Company, Ltd., Pangang Group Titanium Industry Company, Ltd., and Pangang Group International Economic & Trading Company ("the Pangang Defendants"), and for good cause shown, IT IS ORDERED THAT the status hearing currently scheduled for March 15, 2022, is vacated.

It is further ORDERED THAT the trial date and associated pretrial conference and deadlines are vacated pending the outcome of the Pangang Defendants' appeal. It is further ORDERED that the parties shall submit a joint status report on September 6, 2022, and every 180 days thereafter until the appeal is resolved.

The parties previously agreed to an exclusion of time from October 5, 2021, through November 30, 2021, but did not submit the stipulation documenting that exclusion. (*See* Dkt. No. 1290.) For the reasons stated on the record at that status hearing, the Court orders that time shall be excluded from the Speedy Trial Act. It is FURTHER ORDERED that time shall be excluded for the following periods:

November 30, 2021, through February 25, 2022, pursuant to 18 U.S.C. section 3161(h)(1)(D) and March 4, 2022, until the appeal is resolved, pursuant to 18 U.S.C. section 3161(h)(1)(C).

If the parties believe the period from February 25, 2022, through March 4, 2022, should be

excluded from the Speedy Trial Act, they shall submit a stipulation or a request to exclude that time by no later than **March 22, 2022.**

**IT IS SO ORDERED**.

Dated: March 11, 2022

_____
JEFFREY S. WHITE
SENIOR UNITED STATES DISTRICT JUDGE

2